**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR ACEVES, JR., <br><br> PLAINTIFF(S) <br> v. <br> AUTOZONE, INC., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 23-9960-CBM(MAAx) <br><br> **ORDER RETURNING CASE FOR REASSIGNMENT** |

    IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

NOVEMBER 28, 2023
Date

_[signature]_
United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge  Josephine L. Staton  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  JLS  after the case number in place of the initials of the prior judge so that the case number will read  2:23-cv-09960 JLS(MAAx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge   ☐ Statistics Clerk